UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:                                                                                          CHAPTER 13

ELOISE MARINOS,                                                              CASE NO. 24-20026

    Debtor.                                                                            02/08/2024

## OBJECTION TO CONFIRMATION

Wells Fargo Bank, N.A. ("Movant"), a secured creditor in the above bankruptcy case on property located at 27 Ridge Rd, Canton, CT 06019 by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1. Upon information and belief, This Chapter 13 case was filed on January 19, 2024. Debtor filed a prior case, 22-20212, which was dismissed for Debtor's Failure to File Information on August 2, 2023. Repeat filings are abusive, evidence bad faith, and warrant denial of confirmation and the entry of an order dismissing this Chapter 13 case with prejudice, making Debtor ineligible for any relief under 11 U.S.C. Section 109(g) for 180 days from the date of entry of the order.

2. Debtor's Plan lists $0.00 in arrears and fails to provide for payment of Creditor's prepetition arrearage claim. Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the arrearage is $758,640.03.

3. Debtor' Plan provides for a mere $298.13 per month for sixty (60) months.  As such, the amount Debtors have to pay into the Plan each month is grossly insufficient to address Secured Creditor's anticipated arrears claim. Additionally, Debtors Plan does not put

forth all disposable income towards the plan payment in violation of the Bankruptcy Code. Regardless, Secured Creditor objects to the Plan.

4.  Movant reserves its right to object to confirmation should it appear that the loan is not post-petition current, that the Plan was not filed in good faith, the plan is not feasible, or the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant.

5.  Movant further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing.

WHEREFORE, Movant prays that confirmation of the Debtor's Plan be denied.

1.  Deny Confirmation,

2.  Grant such other and further relief as is just and equitable.

Wells Fargo Bank, N.A.

By:        */s/Linda  St. Pierre*
            Linda  St. Pierre
            McCalla Raymer Leibert Pierce, LLC
            50 Weston Street
            Hartford, CT 06120
            Federal Bar No. CT22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

In Re:   Eloise Marinos,                                    Bankruptcy Case:    24-20026

                                                            Chapter:            13

CERTIFICATION

        I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this 8th day of February, 2024 to:

Eloise Marinos, Pro Se
PO Box 303
North Canton, CT 06059

Roberta Napolitano                          *(served via ECF Notification)*
10 Columbus Boulevard
Ste 6th Floor
Hartford, CT 06106

U. S. Trustee                               *(served via ECF Notification)*
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated:    02/08/2024                        By:    */s/Linda  St. Pierre*
                                                   Linda  St. Pierre, Esq.
                                                   Federal Bar No. CT22287
                                                   McCalla Raymer Leibert Pierce, LLC
                                                   50 Weston St.
                                                   Hartford, CT 06120
                                                   860-240-9156